THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Lisa Shoemaker Baker,       
Appellant.
 
 
 

Appeal From Greenville County
John W. Kittredge, Circuit Court Judge

Unpublished Opinion No. 2003-UP-311
February 20, 2003  Filed May 6, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney Henry Dargan McMaster, Chief Deputy Attorney General 
 John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, all 
 of Columbia;  and Solicitor Robert M. Ariail, of Greenville; for Respondent.
 
 
 

PER CURIAM: Lisa Shoemaker Baker was indicted by a 
 Greenville County grand jury for second degree arson.  Following a jury trial, 
 Baker was found guilty and sentenced to six years imprisonment. Bakers counsel 
 attached to the final brief a petition to be relieved as counsel stating he 
 had reviewed the record and concluded the appeal lacked merit.  After a review 
 of the record and counsels brief pursuant to Anders v. California, 386 
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we dismiss [1] Bakers appeal and grant counsels motion to be 
 relieved.
APPEAL DISMISSED.
 HEARN, C.J., CURETON and GOOLSBY, JJ., concur.

 
 
 [1] Because oral argument would not aid the court in resolving 
 the issues on appeal, we decide this case without 
 oral argument pursuant to Rule 215, SCACR.